# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-2003

_____

Yoram Razz

*Plaintiff - Appellant*

v.

State of Israel, c/o Prime Minister other Benjamin Netanyahu; Sheriff Daniel
Perry, Sheriff of Crawford County, AR; Joshua Winford, Chief of Police; Joseph
Saunders, Fire Chief, Dyer, AR; Jonathan Wear, Chief of Police, Van Buren, AR;
Aldi, USA 1540 E Jackson St, Macomb, IL 61455

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Arkansas - Ft. Smith

_____

Submitted: January 16, 2026
Filed: January 26, 2026
[Unpublished]

_____

Before LOKEN, KELLY, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Yoram Razz appeals the district court's[1] dismissal of his civil rights action for failure to effect service of process on the State of Israel and failure to state a claim. Having carefully reviewed the record and the parties' arguments on appeal, we find no basis for reversal. *See Waters v. Madson*, 921 F.3d 725, 734 (8th Cir. 2019) (dismissal for failure to state a claim is reviewed de novo); *Missouri ex rel. Bailey v. People's Republic of China*, 90 F.4th 930, 934 (8th Cir. 2024) (stating determination of subject-matter jurisdiction under Foreign Sovereign Immunities Act is reviewed de novo); *Smith v. Ghana Com. Bank, Ltd.*, No. 09-3615, 379 F. App'x 542, 543 (8th Cir. 2010) (determination of lack of personal jurisdiction due to failure to effect service of process is reviewed de novo). Accordingly, we affirm and deny Razz's pending motion as moot. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Timothy L. Brooks, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.